WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 5:20-mc-00034 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  October 13, 2020
in favor of  NATIONWIDE JUDGMENT RECOVERY INC.
whose address is  8452 Katella Ave, Stanton CA 90680
and against  DALE KIZZIAR
whose last known address is  30065 VIA VELEZ PL, TEMECULA CA 92592
for $ 47,254.80   Principal, $ 3,889.42   Interest, $ 0   Costs,
and $ 0.00   Attorney Fees.

ATTESTED this  3rd  day of  February , 20 21
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;  2603  (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

DALE KIZZIAR

30065 VIA VELEZ PL

TEMECULA CA 92592

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1174

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                                    ABSTRACT OF JUDGMENT/ORDER