*WHEN RECORDED MAIL TO:*

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E ORSO<br><br>　　　　　　　　　　PLAINTIFF(S),<br>　　　v.<br><br>TODD DISNER et al<br><br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br><br>CV 8:20-mc-00034<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 9/21/2020 in favor of Nationwide Judgment Recovery, Inc.
whose address is 8452 Katella Ave, Stanton CA 90680
and against Anlin Li
whose last known address is PO Box 3662 Mission Viejo CA 92690
for $ 10,476.63         Principal,  $ 424.82         Interest,   $ 0.00         Costs,
and $ 0.00         Attorney Fees.

ATTESTED this    20th    day of    October   , 20 20 .
Judgment debtor's driver's license no. and state;                     (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;        5560        (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

Law Offices of Sam Xj Wu APC
601 S Atlantic Blvd
Monterey Park, CA 91754

CLERK, U.S. DISTRICT COURT

By _____
       Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER